# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 4/29/22

**JUDGE:** Madeline Cox Arleo

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                                 Docket No. 20-cv-4720(MCA)

CHRISTOPHER SOULIER v. AKIKO MATSUMOTO

**Appearances:**

Michael Green, Esq., for petitioner
Shelley Albert, Esq., for respondent

**Nature of proceedings:** BENCH TRIAL

Bench trial continued via zoom.
Laurence Coudroy sworn for petitioner.
Jessica Raymond sworn for respondent.
Justin Ryan Marrotte sworn for respondent.
Dr. Christina Soulier, sworn for petitioner.
Proposed findings of facts due 5/18/22.
Bench trial completed.

Time Commenced <u>10:00 a.m.</u>
Time Adjourned <u>11:30 a.m.</u>

*Amy Andersonn*
Amy Andersonn, Deputy Clerk