**GREEN & ASSOCIATES, LLC**
**522 Route 18, Suite 5**
**East Brunswick, New Jersey 08816**
**Tel: 732-390-5900; Fax: 732-390-5901**
Email: green@msgreenlaw.com

<u>*Via ECF*</u>

June 15, 2022

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the
District of New Jersey
Martin Luther King, Jr. Federal Building & Cthse.
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

   **Re:** *Christophe Soulier v. Akiko Matsumoto*
      **Case No.:  2:20-CV-04720-MCA-MAH**

Dear Judge Cox Arleo:

  I represent the Petitioner in the above referenced matter.

  This letter is to confirm that Petitioner's submission ECF No. [121], "Petitioner's Summation Brief and Findings of Fact and Conclusions of Law", complies with the Court's directive to cite page and line numbers of transcripts that have already been filed with the Court.

            Respectfully submitted,

            */s/ Michael S. Green*
            Michael S. Green

cc: Christophe Soulier *via Email*
   Kory Ann Ferro, Esq. and Shelley Albert *via ECF and Email*