# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTOPHE SOULIER,**<br><br>*Petitioner*,<br>v.<br>**AKIKO MATSUMOTO,**<br><br>*Respondent.* | Civil Action No. 20-4720<br><br>ORDER AND FINAL JUDGMENT |

**THIS MATTER** comes before the Court following a bench trial from April 27-29, 2022 regarding Petitioner Christophe Soulier's ("Petitioner") application for the return of his and Respondent Akiko Matsumoto's ("Respondent") two minor children, A.L.S. and A.H.S. (the "Children"), to Belgium pursuant to the 1980 Hague Convention on the Civil Aspects of International Child Abduction, implemented through the International Child Abduction Remedies Acts, 22 U.S.C. § 9001 et seq.;

and for the reasons set forth in the accompanying findings of fact and conclusions of law;

**IT IS** on this 8th day of July, 2022,

**ORDERED** that Petitioner's application is **GRANTED** and Respondent shall return the Children to Belgium on a mutually agreeable date as soon as practicable and before the academic year commences, with the airfare expenses to be shared equally between the parties; and it is further

**ORDERED** that, to the extent A.L.S.'s and A.H.S.'s passports are expired, Respondent is directed to expedite the Children's passport renewal and surrender the Children's passports to Petitioner or a designated chaperone so that they may return to Belgium in accordance with this Order; and it is further

**ORDERED** that Petitioner may submit a motion and accompanying evidence supporting his request for attorneys' fees and costs on or before August 8, 2022; and it is further

**ORDERED** that failure to comply with the terms of this Order may result in the imposition of sanctions.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**
