UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTOPHE SOULIER,**<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>**AKIKO MATSUMOTO,**<br><br>　　　　　　　Respondent. | Civil Action No. 20-4720 (MCA) (MAH)<br><br>ORDER |

　　　This matter having come before the Court on Petitioner's motion for attorney's fees and costs (D.E. 131) incurred in connection with his Petition (D.E. 1) pursuant to the Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA");

　　　and Respondent having opposed the application;

　　　and the Court having considered the parties' filings in support of, and in opposition to, the Petitioner's application;

　　　and the Court having considered the motion on the papers and without oral argument, pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1;

　　　and for the reasons set forth in an Opinion filed on November 28, 2022;

　　　and for good cause shown;

　　　**IT IS** on this **28th day** of **November 2022**,

　　　**ORDERED** that Petitioner's application for fees and costs [D.E. 131] is granted in part, in that the Court grants Petitioner's motion for attorney's fees and costs in the reduced amount of **$65,821.54**, consisting of: $61,296.00 in attorney's fees; $2,118.79 in costs; and $2,406.75 in travel expenses; and it is further

**ORDERED** that the Clerk of Court shall terminate Petitioner's motion in Docket Entry 131.

<u>s/ Michael A. Hammer</u><br>
Hon. Michael A. Hammer,<br>
United States Magistrate Judge